UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZHANE RATLIFF-DAVIS,

                              Plaintiff,

              -against-

DUTCHESS COUNTY BOCES,

                              Defendant.

26-CV-3040 (JGLC)

ORDER OF SERVICE

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act (ADA), and the Individuals with Disabilities Education Act (IDEA), alleging that Defendant failed to provide her minor son with appropriate special education services. By order dated April 20, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. For the reasons that follow, the Court: (1) directs Plaintiff to comply with Rule 5.2 of the Federal Rules of Civil Procedure in all future filings, and (2) directs service on Defendant.

**DISCUSSION**

**A.     Rule 5.2**

In attachments to the complaint, Plaintiff reveals the name of her minor child (ECF No. 1, at 9-10) and photographs of him (*id*. at 12-19). Rule 5.2 of the Federal Rule of Civil Procedure requires filers not to include certain sensitive information in their pleadings, including the names of individuals known to be minors, social security numbers, birth dates, and financial-account numbers. The advisory notes to Rule 5.2 explain that "[p]arties must remember that any personal information not otherwise protected by sealing or redaction will be made available over the

internet." Moreover, "[t]he responsibility to redact filings rests with . . . the party making the filing." (*Id.*)

Because the attachments revealed the name of Plaintiff's minor child, the court has placed that document on restricted view, such that members of the public cannot electronically view the document. In order to protect the privacy interests of Plaintiff's minor child, the Court orders Plaintiff to comply with Rule 5.2 in all future filings.

**B.      Service on Defendant**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

3

(2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Court directs Plaintiff to comply with Rule 5.2 of the Federal Rules of Civil Procedure in all future filings.

The Clerk of Court is instructed to issue a summons for Defendant, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated:    April 21, 2026
          White Plains, New York

_____
          JESSICA G. L. CLARKE
          United States District Judge

3

**SERVICE ADDRESS FOR DEFENDANT**

Dutchess County BOCES
5 BOCES Road
Poughkeepsie, NY 12601